**SO ORDERED: March 7, 2014.**

_Frank J. Otte_
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                                  CASE NO. 13-11069-FJO-13
OWOLABI MICHAEL LONGE

DEBTOR(S)

ORDER DISMISSING CASE AND DIRECTING TRUSTEE TO HOLD FUNDS

Ann M. DeLaney, Chapter 13 Trustee, having filed a motion to dismiss the bankruptcy case for delinquency in plan payments and holding $12,788.66 in funds, and the Court, having reviewed said motion to dismiss, now grants the Trustee's motion and, accordingly, it is

ORDERED that this case is dismissed and the Trustee not make any distributions on said funds in the amount of $12,788.66 until further advised by this Court.

###